**No. 43122.**—Protest 932636-G of M. Pressner & Co. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 40493 squawker balloons were held dutiable at 45 percent under paragraph 409. Opera glasses stipulated to be similar to those involved in *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) were held dutiable at 35 percent under paragraph 228 (b) as claimed.

**No. 43123.**—Protest 911218-G of Greenberg & Josefsberg (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of microscope sets similar to those involved in *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23). The claim at 45 percent under paragraph 228 (b) was therefore sustained.

**No. 43124.**—Protests 851078-G, etc., of M. Zwiebel (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel squawker balloons similar to those the subject of Abstract 40493 were held dutiable at 45 percent under paragraph 409. Tin kazoos were held dutiable at 45 percent under paragraph 397 on the authority of Abstract 32264. Harmonicas similar to those the subject of Abstract 40586 were held dutiable at 40 percent under paragraph 1541.

**No. 43125.**—Protest 843423-G of Schear & Schrader (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 39948 the sirens in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 43126.**—Protest 750449-G of Langfelder, Homma & Hayward, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 41517 the rubber articles in question were held dutiable at 25 percent under paragraph 1537 as claimed.

**No. 43127.**—Protest 711954-G of M. Pressner & Co. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 41517 the rubber articles in question were held dutiable at 25 percent under paragraph 1537 as claimed.